UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

Plaintiff,

-against-

Henry A. Jackson,

Defendant.

Case No.: 25 MJ 1946

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED

_____
Hon. Kim P. Berg
Untied States Magistrate Judge

Dated: 7th day of November, 2025
White Plains, New York
Poughkeepsie